**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 13, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00024-CV

---

### IN RE U. L., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-53465**

---

## MEMORANDUM OPINION

On January 12, 2023, relator U. L. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Julia Maldonado, presiding judge of the 507th District Court of Harris County, "to promptly perform its ministerial duty to transfer the proceedings to the appropriate county, either Montgomery County or Travis County, Texas." Relator further requests that this

Court vacate the trial court's following orders: "April 26, 2022 Granting Protection Order – Discovery, November 30, 2022 First Amended Trial Protection Order – Jury Trial, October 25, 2022 Compelling Production Order, March 25, 2022 "Waiver" Order, May 5, 2022 Order Denying Psychological Examination, February 8, 2022 Order on Income Withholding, and all other orders to which she may show herself to be just entitled . . . ."

Relator has not established that it she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.